Case 18-10184-TPA    Doc 34    Filed 05/16/18    Entered 05/16/18 16:55:42    Desc Main
Document      Page 1 of 1

FILED
5/16/18 3:58 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No.:18-10184-TPA |
| | : | |
| Charles E. Hetrick | : | Chapter:7 |
| | : | |
| *Debtor(s).* | : | |
| | : | Date:5/14/2018 |
| | : | Time:10:30 |

### PROCEEDING MEMO

**MATTER:**  #14 Motion for Exemption from Financial Management Course

**APPEARANCES:**
  Debtor:   John E. Nagurney
  Trustee:  Tamera Ochs Rothschild (no appearance)
  UST:      Larry Wahlquist

**NOTES:**

Nagurney:   Debtor is incarcerated.

Wahlquist:  Do not believe that incarceration is a per se reason for exemption from the financial management course.

**OUTCOME:**   DENIED/ MOE

jlm