FILED
5/17/18 11:33 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: Charles E Hetrick<br>Debtor | : Bankruptcy No. 18-10184<br>:<br>: Chapter 7 |
| Charles E Hetrick<br>Movant<br>v. | :<br>:<br>: Related to Document No. 14 |
| No Respondent<br>Respondent | : |

### ORDER WAIVING DEBTOR EDUCATION REQUIREMENT

WHEREAS the Debtor, by and through his counsel, John E. Nagurney, Esquire, who has requested an Order Waiving Debtor Education Requirement because of the Debtor's incarceration in the custody of the Pennsylvania Department of Corrections for approximately 40 months.

NOW THEREFORE, ~~said request being reasonable given the Debtor's circumstances, the Debtor's Motion is GRANTED and it is SO ORDERED this 14th day of May 2018.~~ the Debtor's request is denied for the reasons stated at the hearing. The debtor will be given until July 2, 2018 to file the certificate otherwise the case will be closed without a discharge.

By the Court

_/s/ Thomas P. Agresti_
Thomas P. Agresti

5/14/18

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Charles E. Hetrick
    Debtor

Case No. 18-10184-TPA
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0315-1     User: culy     Page 1 of 1     Date Rcvd: May 17, 2018
                    Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 19, 2018.
db          #Charles E. Hetrick,    5952 Main Street,    Hartstown, PA   16131-3402

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.     TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.     TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 19, 2018                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 17, 2018 at the address(es) listed below:
       James   Warmbrodt    on behalf of Creditor    Bayview Loan Servicing as servicer for The Bank of New York Mellon fka The Bank of New York, as trustee (CWABS 2004-06) bkgroup@kmllawgroup.com
       James   Warmbrodt    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE (CWABS 2004-06) bkgroup@kmllawgroup.com
       John E. Nagurney    on behalf of Debtor Charles E. Hetrick courtnagurney@zoominternet.net
       Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
       Tamera Ochs Rothschild    trothschild@gmx.com, pa70@ecfcbis.com
       TOTAL: 5