FILED
7/3/18 12:51 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:   Charles E Hetrick | : | Bankruptcy No. 18-10184 |
| Debtor | : | |
| | : | Chapter   7 |
| Charles E Hetrick | : | |
| Movant | : | |
| v. | : | Related to Document No.  44 |
| | : | |
| No Respondent | : | |

## ORDER

Whereas the Debtor, by and through his counsel, John E. Nagurney, Esquire, has requested that this Court Extend and/or Clarify Deadline For Debtor Education stating that there is an apparent conflict between a 60 day statutory time period and a subsequent Order of this Court;

Whereas due deliberation has occurred;

It is Ordered, Adjudged and Decreed that the July 2 deadline stated in this Court's Order dated May 14, 2018 at document #35 is amended by the extension of that deadline through and including July 9, 2018.

By the Court this  3rd   day of July, 2018.

_____
Thomas P. Agresti, USBJ          **jlm**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 18-10184-TPA
Charles E. Hetrick                                                      Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-1           User: culy              Page 1 of 1              Date Rcvd: Jul 03, 2018
                               Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 05, 2018.
db             #Charles E. Hetrick,   5952 Main Street,   Hartstown, PA  16131-3402

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 05, 2018                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 3, 2018 at the address(es) listed below:
          James  Warmbrodt    on behalf of Creditor    Bayview Loan Servicing as servicer for The Bank of New
           York Mellon fka The Bank of New York, as trustee (CWABS 2004-06) bkgroup@kmllawgroup.com
          James  Warmbrodt    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
           AS TRUSTEE (CWABS 2004-06) bkgroup@kmllawgroup.com
          John E. Nagurney    on behalf of Debtor Charles E. Hetrick courtnagurney@zoominternet.net
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Tamera Ochs Rothschild    trothschild@gmx.com, pa70@ecfcbis.com
                                                                                                  TOTAL: 5