**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Charles E. Hetrick** | Social Security number or ITIN  **xxx–xx–0070** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | _____ | Social Security number or ITIN  _ _ _ _ |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   **WESTERN DISTRICT OF PENNSYLVANIA**

Case number:  **18–10184–TPA**

## Order of Discharge                                                                                                    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Charles E. Hetrick

7/17/18                                                    **By the court:**   Thomas P. Agresti
                                                                                                  United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318    **Order of Discharge**    page 2

```
                           United States Bankruptcy Court
                           Western District of Pennsylvania
In re:                                                              Case No. 18-10184-TPA
Charles E. Hetrick                                                  Chapter 7
      Debtor
                              CERTIFICATE OF NOTICE
District/off: 0315-1          User: culy                Page 1 of 2          Date Rcvd: Jul 17, 2018
                              Form ID: 318              Total Noticed: 14


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 19, 2018.
db             #Charles E. Hetrick,    5952 Main Street,    Hartstown, PA 16131-3402
14785855        Bayview Loan Servicing, LLC,    PO Box 650091,    Dallas, TX 75265-0091
14785857       +Comenty Capital Bank,    Pay Pal Credit,    PO Box 5018,    Timonium MD 21094-5018
14785860       +Home Depot,    PO Box 790328,    St Louis MO 63179-0328
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 18 2018 02:24:13      Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA 17128-0946
14785856       +EDI: CAPITALONE.COM Jul 18 2018 05:58:00      Capital One,    PO Box 70886,
                 Charlotte, NC 28272-0886
14785858        EDI: WFNNB.COM Jul 18 2018 05:53:00      Comenty Capital Bank (Dental 1st),    PO Box 183003,
                 Columbus OH 43218-3003
14785859       +EDI: BLUESTEM Jul 18 2018 06:03:00      Fingerhut,    6250 Ridgewood Road,
                 St. Cloud, MN 56303-0820
14786421       +EDI: PRA.COM Jul 18 2018 05:53:00      PRA Receivables Management, LLC,    PO Box 41021,
                 Norfolk, VA 23541-1021
14785861        E-mail/Text: bankruptcy@firstenergycorp.com Jul 18 2018 02:24:38      Penn Power,    PO Box 16001,
                 Reading PA 19612-6001
14785862        EDI: DRIV.COM Jul 18 2018 05:53:00      Santander Consumer USA,    PO Box 660633,
                 Dallas, TX 75266-0633
14785863        EDI: RMSC.COM Jul 18 2018 05:58:00      Synchony Bank/Walmart,    PO Box 530927,
                 Atlanta GA 30353-0927
14785864        E-mail/Text: Bankruptcy@ubt.com Jul 18 2018 02:25:28      Union Bank & Trust,    PO Box 82535,
                 Lincoln NE 68501-2535
14785865       +EDI: BLUESTEM Jul 18 2018 06:03:00      Web Bank/Fingerhut,    215 State Street,   Suite 1000,
                 Salt Lake City, UT 84111-2336
                                                                                             TOTAL: 10


              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Bayview Loan Servicing as servicer for The Bank of
cr              THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14803319*       Bayview Loan Servicing, LLC,    PO Box 650091,    Dallas, TX 75265-0091
14803320*      +Capital One,    PO Box 70886,    Charlotte, NC 28272-0886
14803321*      +Comenty Capital Bank,    Pay Pal Credit,    PO Box 5018,    Timonium MD 21094-5018
14803322*       Comenty Capital Bank (Dental 1st),    PO Box 183003,    Columbus OH 43218-3003
14803323*      +Fingerhut,    6250 Ridgewood Road,    St. Cloud, MN 56303-0820
14803324*      +Home Depot,    PO Box 790328,    St Louis MO 63179-0328
14803325*       Penn Power,    PO Box 16001,    Reading PA 19612-6001
14803326*       Santander Consumer USA,    PO Box 660633,    Dallas, TX 75266-0633
14803327*       Synchony Bank/Walmart,    PO Box 530927,    Atlanta GA 30353-0927
14803328*       Union Bank & Trust,    PO Box 82535,    Lincoln NE 68501-2535
14803329*      +Web Bank/Fingerhut,    215 State Street,    Suite 1000,   Salt Lake City, UT 84111-2336
                                                                                     TOTALS: 2, * 12, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 19, 2018                                        Signature:  /s/Joseph Speetjens

```
District/off: 0315-1          User: culy              Page 2 of 2            Date Rcvd: Jul 17, 2018
                              Form ID: 318            Total Noticed: 14
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 17, 2018 at the address(es) listed below:
              James    Warmbrodt    on behalf of Creditor    Bayview Loan Servicing as servicer for The Bank of New
               York Mellon fka The Bank of New York, as trustee (CWABS 2004-06) bkgroup@kmllawgroup.com
              James    Warmbrodt    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
               AS TRUSTEE (CWABS 2004-06) bkgroup@kmllawgroup.com
              John E. Nagurney    on behalf of Debtor Charles E. Hetrick courtnagurney@zoominternet.net
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Tamera Ochs Rothschild    trothschild@gmx.com,   pa70@ecfcbis.com
                                                                                                  TOTAL: 5
```